IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hill-Butts, Dorla R | Case Number: 07 B 12253 |
| | Judge: Squires, John H |
| Printed: 12/23/08 | Filed: 7/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 12, 2008
Confirmed: September 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 379.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 358.53 |
| Trustee Fee: | | 20.47 |
| Other Funds: | | 0.00 |
| Totals: | 379.00 | 379.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,494.00 | 358.53 |
| 2. | Rogers & Hollands Jewelers | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 4. | Rogers & Hollands Jewelers | Secured | 0.00 | 0.00 |
| 5. | Internal Revenue Service | Priority | 3,222.11 | 0.00 |
| 6. | M3 Financial Services | Unsecured | 207.80 | 0.00 |
| 7. | Merrick Bank | Unsecured | 90.32 | 0.00 |
| 8. | Illinois Student Assistance Commission | Unsecured | 792.18 | 0.00 |
| 9. | University Pathologists PC | Unsecured | 4.00 | 0.00 |
| 10. | B-Real LLC | Unsecured | 22.43 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 60.66 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 5,150.03 | 0.00 |
| 13. | Capital One | Unsecured | 80.02 | 0.00 |
| 14. | Internal Revenue Service | Priority | | No Claim Filed |
| 15. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 16. | Chase | Unsecured | | No Claim Filed |
| 17. | Armor Systems Co | Unsecured | | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 19. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 20. | F & W LLC | Unsecured | | No Claim Filed |
| 21. | Illinois Dept of Revenue | Unsecured | | No Claim Filed |
| 22. | Main Street | Unsecured | | No Claim Filed |
| 23. | LeLand Scott & Associates | Unsecured | | No Claim Filed |
| 24. | Medical Collections | Unsecured | | No Claim Filed |
| 25. | MRSI | Unsecured | | No Claim Filed |
| 26. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hill-Butts, Dorla R

Printed: 12/23/08

Case Number: 07 B 12253
Judge: Squires, John H
Filed: 7/10/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. MRSI | Unsecured | | No Claim Filed |
| 28. MRSI | Unsecured | | No Claim Filed |
| 29. MRSI | Unsecured | | No Claim Filed |
| 30. MRSI | Unsecured | | No Claim Filed |
| 31. MRSI | Unsecured | | No Claim Filed |
| 32. RPM Inc | Unsecured | | No Claim Filed |
| 33. MRSI | Unsecured | | No Claim Filed |
| 34. MRSI | Unsecured | | No Claim Filed |
| | | $ 13,123.55 | $ 358.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 20.47 |
| | $ 20.47 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

